FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 15 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CRAIG GOTTLIEB and
SAUD A.H. KHOKHAR, *as assignee of* Gimmegelt, Inc.,

                Plaintiffs,

-against-

ALPHABET, INC., and GOOGLE, INC.

                Defendants.
------------------------------------------------------------------X

**ORDER**
**16 CV 2643 (AMD)(LB)**

**BLOOM, United States Magistrate Judge:**

Defendants write to request an enlargement of time to respond to plaintiffs' complaint from July 18, 2016 to August 17, 2016. (ECF No. 12.) This is the second request for an extension of time. However, defendants state that plaintiffs have indicated that they intend to file an amended complaint. The request is granted. Defendants shall respond to plaintiffs' pleading by August 17, 2016.

SO ORDERED.

                                                /S/
                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: July 15, 2016
       Brooklyn, New York