UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIG GOTTLIEB, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>    Defendants. | Case No.  5:17-cv-06860-EJD<br><br>**JUDGMENT** |

Defendants' motion to dismiss having been granted and all causes of action having been dismissed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated:  October 26, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-06860-EJD
JUDGMENT

1