Name: **CRAIG GOTTLIEB and SAUD A.H. KHOKHAR**
Address: 1090 Coney Island Avenue, Ground Floor, Room 1
City, State, Zip: Brooklyn, New York 11230
Phone: (718) 423-9761    (718) 664-0999
Fax:
E-Mail: cragottli@aol.com    Saud.Khokhar@Yahoo.com

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRAIG GOTTLIEB, SAUD A.H. KHOKHAR AND GIMMIGELT INC.,

    PLAINTIFF(S),

v.

ALPHABET INC., GOOGLE, LLC., LARRY PAGE, SERGEY BRIN, ERIC E. SCHMIDT and PATRICK PICHETTE,

    DEFENDANT(S).

CASE NUMBER: 5:17-cv-06860-EJD

## NOTICE OF APPEAL

*FILED NOV 26 2018 — SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE — Fee Paid*

NOTICE IS HEREBY GIVEN that **CRAIG GOTTLIEB and SAUD A.H. KHOKHAR** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

**Civil Matter**

☒ Order (specify): Order Granting Defendants' Motion to Dismiss

☒ Judgment (specify): Judgment in favor of Defendants entered based on granting of Defendants' Motion to Dismiss

☐ Other (specify):

☐ Bail status:

Imposed or Filed on **October 26, 2018**. Entered on the docket in this action on **October 26, 2018**.

A copy of said judgment or order is attached hereto.

October 23, 2018
Date

Signature: *Craig Gottlieb*
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).