FILED

MAR 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRAIG GOTTLIEB; SAUD A.H. KHOKHAR,<br><br>        Plaintiffs-Appellants,<br><br>and<br><br>GIMMIGELT, INC.,<br><br>        Plaintiff,<br><br> v.<br><br>ALPHABET INC.; et al.,<br><br>        Defendants-Appellees. | No. 18-17267<br><br>D.C. No. 5:17-cv-06860-EJD<br>Northern District of California, San Jose<br><br>ORDER |

Before:     WALLACE, CANBY, and TASHIMA, Circuit Judges.

    The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

    Gottlieb and Khokar's petition for rehearing en banc (Docket Entry No. 23) is denied.

    No further filings will be entertained in this closed case.